MADE JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO CORONADO, et al., | Case No. 09-6298-GW(CWx) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION** |
| v. | |
| JANET H. LEE, INDIVIDUALLY AND DOING BUSINESS AS JJ COMPANY, JJ CO., AND CONCEPT ROOFING, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed with prejudice.

Dated: March 3, 2010  _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

- 1 -